Jason A. Geller (SBN 168149)
E-Mail: jgeller@fisherphillips.com
Aaron M. Cargain (SBN 281336)
E-Mail:  acargain@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendants
BALL CORPORATION and
BALL METAL BEVERAGE CONTAINER CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>BALL CORPORATION, an Indiana Corporation; BALL METAL BEVERAGE CONTAINER CORP., a Colorado Corporation; FRANK BRAGGER, an Individual; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No:  2:21-cv-01049-DAD-CKD<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF'S WORKERS' COMPENSATION RECORDS**<br><br>Complaint Filed: November 23, 2020<br>Removed: June 14, 2021<br>FAC FILED: July 21, 2021<br>SAC FILED: July 4, 2024<br>TAC FILED: August 29, 2024<br>Trial: September 8-15, 2026 |

On May 15, 2025, Defendants' Motion to Compel Plaintiff's counsel to Produce All Records Responsive to Defendants' Subpoena for Plaintiff's Workers' Compensation Records was set for hearing on May 28, 2025 before the undersigned. (ECF No. 60.) On May 21, 2025, Plaintiff filed a Statement of Non-Opposition, acknowledging that objections were not timely preserved and that "such procedural omission dictates the resolution of the motion." (ECF No. 61.)  Plaintiff "does not oppose entry of an order compelling production on or before June 6, 2025 (the date sought by Defendants' proposed order)." (Id.)  In light of Plaintiff's non-opposition, the court will vacate the hearing as unnecessary and grant the motion. The Court commends the parties' cooperation in this matter.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. Defendants' Motion to Compel Plaintiff to Produce All Records Responsive to Defendants'

Subpoena for Plaintiff's Workers' Compensation Records (ECF No. 60) is GRANTED. Plaintiff's counsel shall serve the complete, nonprivileged portion of Plaintiff's Workers' Compensation file within ten (10) days of this Order; and

2. The hearing set for May 28, 2025 is hereby VACATED.

Dated: May 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE